IGNACIA S. MORENO
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

DAVID L. NEGRI
United States Department of Justice
Environment and Natural Resources Division
c/o US Attorney's Office
800 Park Blvd., Suite 600
Boise, Idaho 83712-9903
Tel: (208) 334-1936; Fax: (208) 334-1414
david.negri@usdoj.gov

Counsel for Federal Defendant U.S. Department
of Interior, Bureau of Land Management

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JEANETTE BERTOLINO, *et al.*         )
                                      )   Case No. 2:08-cv-1131-LDG-RJJ
            Plaintiffs,               )
                                      )
    vs.                               )
                                      )   **STIPULATION TO SETTLE**
U.S. DEPARTMENT OF INTERIOR,          )   **ATTORNEY FEES AND DISMISS**
BUREAU OF LAND MANAGEMENT,            )   **WITH PREJUDICE**
CLARK COUNTY, NEVADA, DOES I          )
through X, and ROE CORPORATIONS I     )
through X,                            )
                                      )
            Defendants.               )
                                      )

Plaintiffs and Defendants, by their undersigned attorneys, hereby stipulate as follows:

**RECITALS**

WHEREAS, the remaining claim in this action is Plaintiffs' assertion that the Department of the Interior, Bureau of Land Management (hereinafter "the Department") has not complied with the National Environmental Policy Act ("NEPA") in authorizing the transfer of land and disbursement of funds to Clark County, Nevada, for development of a shooting range complex;

WHEREAS, the Court denied Plaintiffs' motion for preliminary injunction but found that

**STIPULATION TO SETTLE ATTORNEY FEES AND DISMISS WITH PREJUDICE**
**Page 1**

it was likely to succeed on the merits of its NEPA claim;

WHEREAS the Department subsequently prepared an environmental analysis ("EA") and the adequacy of the analysis remains to be resolved;

WHEREAS, the Department and Plaintiffs have negotiated a settlement of this action; and

WHEREAS, Clark County supports this settlement.

**THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:**

1. The Department agrees to settle any and all claims for costs and attorneys' fees of Plaintiffs Jeanette Bertolino *et al.* in the above captioned litigation for thirty thousand dollars ($30,000.00).

2. Plaintiffs agree that acceptance of payment of $30,000.00 shall fully satisfy any and all claims they may have against the Department for attorneys' fees and costs incurred in this action under the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA"), and any other authority and shall release the Department from all such claims.

3. Plaintiffs agree to provide the Department with all information necessary to process the disbursement, including the payee's name, address, bank account number and account type, the name of the payee's bank, the bank routing transit number ("RTN") and the payee's tax identification number.

4. The Department's payment, as identified above, shall be accomplished by making an electronic payment to Plaintiffs in accordance with the information that Plaintiffs provide to Defendants.

5. The Parties agree, in accordance with Rule 41(a), Federal Rules of Civil Procedure, that this lawsuit shall be dismissed with prejudice.

6. This Stipulation is the result of compromise and settlement and is based on and limited solely to the facts involved in this case. It has no precedential value and shall not be construed as an admission of liability by the Department, nor be cited in any other litigation.

7. This Stipulation contains the entire agreement between the Parties to this Stipulation, and all previous understandings, agreements, and communications prior to the date hereof, whether express or implied, oral or written, relating to the subject matter of this Stipulation, are fully and completely extinguished and superseded by this Stipulation.

8. No provision of this Stipulation shall be interpreted as or constitute a commitment or requirement that the Department obligate or pay funds in violation of the Anti-Deficiency Act, 31 U.S.C. § 1341, or any other applicable appropriations law.

9. The undersigned representatives of the Parties certify that they are fully authorized by the respective Parties whom they represent to enter into the terms and conditions of this Stipulation and to legally bind such Parties to it.

10. The provisions of this Stipulation shall apply to and be binding upon each of the Parties including, but not limited to, their officers, directors, servants, employees, successors, and assigns.

11. This Stipulation shall become effective upon approval by the Court of this Stipulation.

12. The Parties respectfully request that the Court review and approve this Stipulation by signing on the signature block below provided for that purpose.

13. Counsel for Plaintiffs and Clark County have agreed to the terms of this Stipulation and have consented to application of their electronic signatures to this Stipulation.

**IT IS HEREBY AGREED.**

DATED: September 15, 2010

Ignacio S. Moreno
Assistant Attorney General
U.S. Department of Justice

/s/ David L. Negri
**David L. Negri**
U.S. Department of Justice
Environment and Natural Resources Division

Counsel for the Federal Defendant U.S. Department of Interior, Bureau of Land Management

OF COUNSEL:

AMY AUFDEMBERGE
Assistant Regional Solicitor
Office of the Regional Solicitor, Pacific Southwest Region
U.S. Department of the Interior
Sacramento, California

/s/ Brooke a. Bohlke
**Brooke A. Bohlke, Esq.**
Callister + Associates, LLC
823 Las Vegas Boulevard South
Las Vegas, Nevada 89101

Counsel for Plaintiffs

/s/ Robert T. Warhola
**Robert T. Warhola, Esq.**
Deputy District Attorney
Clark County District Attorney's Office
500 S. Grand Central Pkwy 5th Flr.
P.O. Box 552215
Las Vegas, NV 89155-2215

Counsel for Defendant Clark County, Nevada

**IT IS SO ORDERED:**

_____
Honorable Lloyd D. George
United States District Judge

DATED: 16 Sept 2010

**STIPULATION TO SETTLE ATTORNEY FEES AND DISMISS WITH PREJUDICE**
**Page 4**