1    UNITED STATES DISTRICT COURT

2    DISTRICT OF NEVADA

3    RESIDENTS FOR THE RELOCATION OF
4    THE CLARK COUNTY SHOOTING
     COMPLEX LLC
5
6                    Plaintiff(s),                         2:08-CV-1131-LDG-RJJ

7    VS.

8
9    DEPARTMENTO F PARKS AND
     RECREATION ET AL
10
11                   Defendant(s),

12

13             **ORDER FOR DESTRUCTION OF EXHIBITS**

14          The Clerk's Office having given notice to counsel as prescribed by LR 79-1 and LCR

15   55-1 of the Local Rules of Practice of this Court, and counsel having failed to make

16   arrangements to retrieve the exhibits in the allotted time, **IT IS HEREBY ORDERED** that the

17   Clerk is authorized to destroy the exhibits previously admitted in this matter.

18   Dated: 31 JAN 2011

19                                            **U.S. DISTRICT JUDGE**

20

21

22

23

24

25

26

27

28